IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:19-cr-083-M-1 |
| | ) Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON | ) |

## MR. HAMILTON'S NOTICE OF APPEAL

Notice is hereby given that Ruel Hamilton, Defendant in the above-named case, appeals to the United States Court of Appeals for the Fifth Circuit from this Court's oral denial from the bench, at the hearing held on October 24, 2023, of Mr. Hamilton's motion to dismiss Count 3 of the Indictment based on double jeopardy. Mr. Hamilton acknowledges that this notice of appeal may be premature, as the Court indicated at the hearing that it might need some time to prepare a written opinion. The Court's order vacating the trial schedule also explained that it did so due to Mr. Hamilton's "announcement of his intention to appeal after the Court enters an Order reflecting its ruling." (D.E. 495.) No such order reflecting this ruling has yet been entered on the docket, but—in an abundance of caution—Mr. Hamilton files this notice of appeal to ensure that he does so in a timely manner. *See* Fed. R. App. P. 4(b)(2) ("*Filing Before Entry of Judgment.* A notice of appeal filed after the court announces a decision, sentence, or order—but before the entry of judgment or order—is treated as filed on the date of and after the entry.")

Dated: November 6, 2023                             Respectfully submitted,

                                                    */s/ Abbe David Lowell*
                                                    Abbe David Lowell, Bar No. 358651DC
                                                    Christopher D. Man, Bar No. 453553DC
                                                    Kaitlin Pierce Marino, Bar No. 242020DC
                                                    WINSTON & STRAWN LLP
                                                    1901 L Street, N.W.
                                                    Washington, DC 20036

ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Thomas M. Melsheimer, Bar No. 13922550TX
Dion J. Robbins, Bar No. 24114011TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
TMelsheimer@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

## CERTIFICATE OF SERVICE

I certify that on November 6, 2023, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

/s/ Abbe David Lowell
Abbe David Lowell