# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-11132

---

United States of America,

*Plaintiff—Appellee,*

*versus*

Ruel M. Hamilton,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CR-83-1

---

## ON PETITION FOR REHEARING AND REHEARING EN BANC

Before Elrod, *Chief Judge*, Wiener, and Wilson, *Circuit Judges*.

Per Curiam:

  The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.[*]

---

[*] Judge Irma Carrillo Ramirez, did not participate in the consideration of the rehearing en banc.